# Exhibit A

## OPT-IN CONSENT FORM

*Alvarez, et al. v. BI, Incorporated,* No. 2:16-cv-02705-MSG
Action for Unpaid Wages and Overtime Compensation
United States District Court for the Eastern District of Pennsylvania

### On or before November 16, 2018, Complete, Sign, and Return To:

*Alvarez, et al. v. BI, Inc.* Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email: biflsalawsuit@administratorclassaction.com
Fax: (215) 525-0209

| Name: Alexis AYALA | Email: |
|---|---|
| (Please Print) | |
| Address: | Phone No. 1 |
| | Phone No. 2 |

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b):

1.     I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* as described in the Notice, in order to recover unpaid wages and overtime that I believe are owed to me.

2.     I worked for BI, Incorporated ("BI") in (insert all state(s) where you worked as an ISAP Case Specialist) New Jersey _____ as an ISAP Case Specialist.

3.     I agree to opt-in to this lawsuit and to be bound by any judgment of the Court or any settlement of this lawsuit.

4.     I specifically authorize Plaintiffs and their attorneys, Berger Montague PC and Willig, Williams & Davidson, as my agents to prosecute this lawsuit on my behalf and, as appropriate, to negotiate a settlement of any and all claims I have against the Defendant in this lawsuit.

DocuSigned by:

_____
F42EA2FB59E94AA...
(Signature)

9/18/2018

_____
(Date)

## OPT-IN CONSENT FORM

*Alvarez, et al. v. BI, Incorporated,* No. 2:16-cv-02705-MSG
Action for Unpaid Wages and Overtime Compensation
United States District Court for the Eastern District of Pennsylvania

### On or before November 16, 2018, Complete, Sign, and Return To:

*Alvarez, et al. v. BI, Inc.* Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email: biflsalawsuit@administratorclassaction.com
Fax: (215) 525-0209

| Name: JACY CARLISLE BOWLES | Email: |
|---|---|
| (Please Print) | |
| Address: | Phone No. 1 |
| | Phone No. 2 |

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b):

1.      I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* as described in the Notice, in order to recover unpaid wages and overtime that I believe are owed to me.

2.      I worked for BI, Incorporated ("BI") in (insert all state(s) where you worked as an ISAP Case Specialist) CALIFORNIA _____ as an ISAP Case Specialist.

3.      I agree to opt-in to this lawsuit and to be bound by any judgment of the Court or any settlement of this lawsuit.

4.      I specifically authorize Plaintiffs and their attorneys, Berger Montague PC and Willig, Williams & Davidson, as my agents to prosecute this lawsuit on my behalf and, as appropriate, to negotiate a settlement of any and all claims I have against the Defendant in this lawsuit.

DocuSigned by:
JACY CARLISLE BOWLES
BC3E0A02E0334F0...
(Signature)

9/17/2018

(Date)

## OPT-IN CONSENT FORM

*Alvarez, et al. v. BI, Incorporated,* No. 2:16-cv-02705-MSG
Action for Unpaid Wages and Overtime Compensation
United States District Court for the Eastern District of Pennsylvania

### On or before November 16, 2018, Complete, Sign, and Return To:

*Alvarez, et al. v. BI, Inc.* Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email: biflsalawsuit@administratorclassaction.com
Fax: (215) 525-0209

| Name: Giovanny Cardenas | Email: |
|---|---|
| (Please Print) | |
| Address: | Phone No. 1 |
| | Phone No. 2 |

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b):

1.      I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* as described in the Notice, in order to recover unpaid wages and overtime that I believe are owed to me.

2.      I worked for BI, Incorporated ("BI") in (insert all state(s) where you worked as an ISAP Case Specialist) Illinois and Florida_____ as an ISAP Case Specialist.

3.      I agree to opt-in to this lawsuit and to be bound by any judgment of the Court or any settlement of this lawsuit.

4.      I specifically authorize Plaintiffs and their attorneys, Berger Montague PC and Willig, Williams & Davidson, as my agents to prosecute this lawsuit on my behalf and, as appropriate, to negotiate a settlement of any and all claims I have against the Defendant in this lawsuit.

DocuSigned by:
*Giovanny Cardenas*                                              9/17/2018
412C4C82D0A144F...
(Signature)                                                             (Date)

## OPT-IN CONSENT FORM

*Alvarez, et al. v. BI, Incorporated,* No. 2:16-cv-02705-MSG
Action for Unpaid Wages and Overtime Compensation
United States District Court for the Eastern District of Pennsylvania

### On or before November 16, 2018, Complete, Sign, and Return To:

*Alvarez, et al. v. BI, Inc.* Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email: biflsalawsuit@administratorclassaction.com
Fax: (215) 525-0209

| Name:    Otto Edgardo Carrillo | Email: |
|---|---|
| (Please Print) | |
| Address: | Phone No. 1 |
| | Phone No. 2 |

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b):

1.      I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* as described in the Notice, in order to recover unpaid wages and overtime that I believe are owed to me.

2.      I worked for BI, Incorporated ("BI") in (insert all state(s) where you worked as an ISAP Case Specialist) San Francisco California   as an ISAP Case Specialist.

3.      I agree to opt-in to this lawsuit and to be bound by any judgment of the Court or any settlement of this lawsuit.

4.      I specifically authorize Plaintiffs and their attorneys, Berger Montague PC and Willig, Williams & Davidson, as my agents to prosecute this lawsuit on my behalf and, as appropriate, to negotiate a settlement of any and all claims I have against the Defendant in this lawsuit.

DocuSigned by:
*Otto Edgardo Carrillo*                                                9/17/2018
5FC3E2BD397B472...
(Signature)                                                              (Date)

## OPT-IN CONSENT FORM

*Alvarez, et al. v. BI, Incorporated,* No. 2:16-cv-02705-MSG
Action for Unpaid Wages and Overtime Compensation
United States District Court for the Eastern District of Pennsylvania

### On or before November 16, 2018, Complete, Sign, and Return To:

*Alvarez, et al. v. BI, Inc.* Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email: biflsalawsuit@administratorclassaction.com
Fax: (215) 525-0209

| Name: Diana Chacon | Email: |
|---|---|
| (Please Print) | |
| Address: | Phone No. 1 |
| | Phone No. 2 |

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b):

1.    I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* as described in the Notice, in order to recover unpaid wages and overtime that I believe are owed to me.

2.    I worked for BI, Incorporated ("BI") in (insert all state(s) where you worked as an ISAP Case Specialist) California_____ as an ISAP Case Specialist.

3.    I agree to opt-in to this lawsuit and to be bound by any judgment of the Court or any settlement of this lawsuit.

4.    I specifically authorize Plaintiffs and their attorneys, Berger Montague PC and Willig, Williams & Davidson, as my agents to prosecute this lawsuit on my behalf and, as appropriate, to negotiate a settlement of any and all claims I have against the Defendant in this lawsuit.

DocuSigned by:

B78D81422ACF413...
(Signature)

9/17/2018

(Date)

## OPT-IN CONSENT FORM

*Alvarez, et al. v. BI, Incorporated,* No. 2:16-cv-02705-MSG
Action for Unpaid Wages and Overtime Compensation
United States District Court for the Eastern District of Pennsylvania

### On or before November 16, 2018, Complete, Sign, and Return To:

*Alvarez, et al. v. BI, Inc.* Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email: biflsalawsuit@administratorclassaction.com
Fax: (215) 525-0209

| Name: Ronald Coloma | Email: |
|---|---|
| (Please Print) | |
| Address: | Phone No. 1 |
| | Phone No. 2 |

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b):

1.      I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* as described in the Notice, in order to recover unpaid wages and overtime that I believe are owed to me.

2.      I worked for BI, Incorporated ("BI") in (insert all state(s) where you worked as an ISAP Case Specialist) Georgia_____ as an ISAP Case Specialist.

3.      I agree to opt-in to this lawsuit and to be bound by any judgment of the Court or any settlement of this lawsuit.

4.      I specifically authorize Plaintiffs and their attorneys, Berger Montague PC and Willig, Williams & Davidson, as my agents to prosecute this lawsuit on my behalf and, as appropriate, to negotiate a settlement of any and all claims I have against the Defendant in this lawsuit.

DocuSigned by:

_____
CC0C0D0EA8C14EC...
(Signature)

9/17/2018
_____
(Date)

## OPT-IN CONSENT FORM

*Alvarez, et al. v. BI, Incorporated,* No. 2:16-cv-02705-MSG
Action for Unpaid Wages and Overtime Compensation
United States District Court for the Eastern District of Pennsylvania

### On or before November 16, 2018, Complete, Sign, and Return To:

*Alvarez, et al. v. BI, Inc.* Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email: biflsalawsuit@administratorclassaction.com
Fax: (215) 525-0209

| Name: Joanna colon | Email: |
|---|---|
| (Please Print) | |
| Address: | Phone No. 1 |
| | Phone No. 2 |

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b):

1.      I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* as described in the Notice, in order to recover unpaid wages and overtime that I believe are owed to me.

2.      I worked for BI, Incorporated ("BI") in (insert all state(s) where you worked as an ISAP Case Specialist) California _____ as an ISAP Case Specialist.

3.      I agree to opt-in to this lawsuit and to be bound by any judgment of the Court or any settlement of this lawsuit.

4.      I specifically authorize Plaintiffs and their attorneys, Berger Montague PC and Willig, Williams & Davidson, as my agents to prosecute this lawsuit on my behalf and, as appropriate, to negotiate a settlement of any and all claims I have against the Defendant in this lawsuit.

DocuSigned by:
*John Cer*
E82E2A702F28423...
(Signature)

9/17/2018

(Date)

## OPT-IN CONSENT FORM

*Alvarez, et al. v. BI, Incorporated,* No. 2:16-cv-02705-MSG
Action for Unpaid Wages and Overtime Compensation
United States District Court for the Eastern District of Pennsylvania

### On or before November 16, 2018, Complete, Sign, and Return To:

*Alvarez, et al. v. BI, Inc.* Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email: biflsalawsuit@administratorclassaction.com
Fax: (215) 525-0209

| Name: Oscar Cortina | Email: |
|---|---|
| (Please Print) | |
| Address: | Phone No. 1 |
| | Phone No. 2 |

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b):

1.      I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* as described in the Notice, in order to recover unpaid wages and overtime that I believe are owed to me.

2.      I worked for BI, Incorporated ("BI") in (insert all state(s) where you worked as an ISAP Case Specialist) Maryland _____ as an ISAP Case Specialist.

3.      I agree to opt-in to this lawsuit and to be bound by any judgment of the Court or any settlement of this lawsuit.

4.      I specifically authorize Plaintiffs and their attorneys, Berger Montague PC and Willig, Williams & Davidson, as my agents to prosecute this lawsuit on my behalf and, as appropriate, to negotiate a settlement of any and all claims I have against the Defendant in this lawsuit.

DocuSigned by:
*Oscar Cortina*
0100F2AEF2EA41F...
(Signature)

9/18/2018

(Date)

## OPT-IN CONSENT FORM

*Alvarez, et al. v. BI, Incorporated,* No. 2:16-cv-02705-MSG
Action for Unpaid Wages and Overtime Compensation
United States District Court for the Eastern District of Pennsylvania

### On or before November 16, 2018, Complete, Sign, and Return To:

*Alvarez, et al. v. BI, Inc.* Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email: biflsalawsuit@administratorclassaction.com
Fax: (215) 525-0209

| Name: Angelica DeLeon (Please Print) | En |
|---|---|
| | Phone No. 1 |
| | Phone No. 2 |

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b):

     1.     I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* as described in the Notice, in order to recover unpaid wages and overtime that I believe are owed to me.

     2.     I worked for BI, Incorporated ("BI") in (insert all state(s) where you worked as an ISAP Case Specialist) TCxas as an ISAP Case Specialist.

     3.     I agree to opt-in to this lawsuit and to be bound by any judgment of the Court or any settlement of this lawsuit.

     4.     I specifically authorize Plaintiffs and their attorneys, Berger Montague P.C. and Willig, Williams & Davidson, as my agents to prosecute this lawsuit on my behalf and, as appropriate, to negotiate a settlement of any and all claims I have against the Defendant in this lawsuit.

Angelica _____      9|18|18
(Signature)                                                    (Date)

## OPT-IN CONSENT FORM

*Alvarez, et al. v. BI, Incorporated,* No. 2:16-cv-02705-MSG
Action for Unpaid Wages and Overtime Compensation
United States District Court for the Eastern District of Pennsylvania

### On or before November 16, 2018, Complete, Sign, and Return To:

*Alvarez, et al. v. BI, Inc.* Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email: biflsalawsuit@administratorclassaction.com
Fax: (215) 525-0209

| Name: Brian Farruggia | Email |
|---|---|
| (Please Print) | |
| Address: | Phone No. 1 |
| | Phone No. 2 |

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b):

1. I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* as described in the Notice, in order to recover unpaid wages and overtime that I believe are owed to me.

2. I worked for BI, Incorporated ("BI") in (insert all state(s) where you worked as an ISAP Case Specialist) Maryland as an ISAP Case Specialist.

3. I agree to opt-in to this lawsuit and to be bound by any judgment of the Court or any settlement of this lawsuit.

4. I specifically authorize Plaintiffs and their attorneys, Berger Montague PC and Willig, Williams & Davidson, as my agents to prosecute this lawsuit on my behalf and, as appropriate, to negotiate a settlement of any and all claims I have against the Defendant in this lawsuit.

9/17/2018

(Signature)      (Date)

## OPT-IN CONSENT FORM

*Alvarez, et al. v. BI, Incorporated,* No. 2:16-cv-02705-MSG
Action for Unpaid Wages and Overtime Compensation
United States District Court for the Eastern District of Pennsylvania

### On or before November 16, 2018, Complete, Sign, and Return To:

*Alvarez, et al. v. BI, Inc.* Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email: biflsalawsuit@administratorclassaction.com
Fax: (215) 525-0209

| Name: Marisol Granados | Email: |
|---|---|
| (Please Print) | |
| Address: | Phone No. 1 |
| | Phone No. 2 |

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b):

1.      I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* as described in the Notice, in order to recover unpaid wages and overtime that I believe are owed to me.

2.      I worked for BI, Incorporated ("BI") in (insert all state(s) where you worked as an ISAP Case Specialist) San Diego CA, Washington DCas an ISAP Case Specialist.

3.      I agree to opt-in to this lawsuit and to be bound by any judgment of the Court or any settlement of this lawsuit.

4.      I specifically authorize Plaintiffs and their attorneys, Berger Montague PC and Willig, Williams & Davidson, as my agents to prosecute this lawsuit on my behalf and, as appropriate, to negotiate a settlement of any and all claims I have against the Defendant in this lawsuit.

Marisol Granados
7342FC81ADF84CA
(Signature)

9/17/2018

(Date)

## OPT-IN CONSENT FORM

*Alvarez, et al. v. BI, Incorporated,* No. 2:16-cv-02705-MSG
Action for Unpaid Wages and Overtime Compensation
United States District Court for the Eastern District of Pennsylvania

### On or before November 16, 2018, Complete, Sign, and Return To:

*Alvarez, et al. v. BI, Inc.* Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email: biflsalawsuit@administratorclassaction.com
Fax: (215) 525-0209

| Name: Abraham Heredia JR | Email: |
|---|---|
| (Please Print) | |
| Address: | Phone No. 1 |
| | Phone No. 2 |

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b):

1.  I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* as described in the Notice, in order to recover unpaid wages and overtime that I believe are owed to me.

2.  I worked for BI, Incorporated ("BI") in (insert all state(s) where you worked as an ISAP Case Specialist) VIRGINIA/NEW YORK CITY as an ISAP Case Specialist.

3.  I agree to opt-in to this lawsuit and to be bound by any judgment of the Court or any settlement of this lawsuit.

4.  I specifically authorize Plaintiffs and their attorneys, Berger Montague PC and Willig, Williams & Davidson, as my agents to prosecute this lawsuit on my behalf and, as appropriate, to negotiate a settlement of any and all claims I have against the Defendant in this lawsuit.

DocuSigned by:
*Abraham Heredia JR*
0F342421C4DD444
(Signature)

9/18/2018

(Date)

## OPT-IN CONSENT FORM

*Alvarez, et al. v. BI, Incorporated,* No. 2:16-cv-02705-MSG
Action for Unpaid Wages and Overtime Compensation
United States District Court for the Eastern District of Pennsylvania

### On or before November 16, 2018, Complete, Sign, and Return To:

*Alvarez, et al. v. BI, Inc.* Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email: biflsalawsuit@administratorclassaction.com
Fax: (215) 525-0209

| Name: Cindy Lopez | Email: |
|---|---|
| (Please Print) | |
| Address: | Phone No. 1 |
| | Phone No. 2 |

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b):

1.     I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* as described in the Notice, in order to recover unpaid wages and overtime that I believe are owed to me.

2.     I worked for BI, Incorporated ("BI") in (insert all state(s) where you worked as an ISAP Case Specialist) Cindy Lopez_____ as an ISAP Case Specialist.

3.     I agree to opt-in to this lawsuit and to be bound by any judgment of the Court or any settlement of this lawsuit.

4.     I specifically authorize Plaintiffs and their attorneys, Berger Montague PC and Willig, Williams & Davidson, as my agents to prosecute this lawsuit on my behalf and, as appropriate, to negotiate a settlement of any and all claims I have against the Defendant in this lawsuit.

DocuSigned by:

*Cindy Lopez*
A327959E90C04AC...
(Signature)

9/18/2018

(Date)

## OPT-IN CONSENT FORM

*Alvarez, et al. v. BI, Incorporated*, No. 2:16-cv-02705-MSG
Action for Unpaid Wages and Overtime Compensation
United States District Court for the Eastern District of Pennsylvania

### On or before November 16, 2018, Complete, Sign, and Return To:

*Alvarez, et al. v. BI, Inc.* Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email: biflsalawsuit@administratorclassaction.com
Fax: (215) 525-0209

| Name: Elizabeth Machado | Email: |
|---|---|
| (Please Print) | |
| Address: | Phone No. 1 |
| | Phone No. 2 |

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b):

1.     I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* as described in the Notice, in order to recover unpaid wages and overtime that I believe are owed to me.

2.     I worked for BI, Incorporated ("BI") in (insert all state(s) where you worked as an ISAP Case Specialist) Tallahassee, Kentucky, and Miami ISAP Case Specialist.

3.     I agree to opt-in to this lawsuit and to be bound by any judgment of the Court or any settlement of this lawsuit.

4.     I specifically authorize Plaintiffs and their attorneys, Berger Montague PC and Willig, Williams & Davidson, as my agents to prosecute this lawsuit on my behalf and, as appropriate, to negotiate a settlement of any and all claims I have against the Defendant in this lawsuit.

DocuSigned by:

F1F5EEDC4EC940A...

(Signature)

9/17/2018

(Date)

## OPT-IN CONSENT FORM

*Alvarez, et al. v. BI, Incorporated,* No. 2:16-cv-02705-MSG
Action for Unpaid Wages and Overtime Compensation
United States District Court for the Eastern District of Pennsylvania

### On or before November 16, 2018, Complete, Sign, and Return To:

*Alvarez, et al. v. BI, Inc.* Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email: biflsalawsuit@administratorclassaction.com
Fax: (215) 525-0209

| Name: Rafael Najera | Email: |
|---|---|
| (Please Print) | |
| Address: | Phone No. 1 |
| | Phone No. 2 |

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b):

1.    I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* as described in the Notice, in order to recover unpaid wages and overtime that I believe are owed to me.

2.    I worked for BI, Incorporated ("BI") in (insert all state(s) where you worked as an ISAP Case Specialist) California _____ as an ISAP Case Specialist.

3.    I agree to opt-in to this lawsuit and to be bound by any judgment of the Court or any settlement of this lawsuit.

4.    I specifically authorize Plaintiffs and their attorneys, Berger Montague PC and Willig, Williams & Davidson, as my agents to prosecute this lawsuit on my behalf and, as appropriate, to negotiate a settlement of any and all claims I have against the Defendant in this lawsuit.

DocuSigned by:

_____
DF84B1C8CA40401...
(Signature)

9/17/2018

_____
(Date)

## OPT-IN CONSENT FORM

*Alvarez, et al. v. BI, Incorporated,* No. 2:16-cv-02705-MSG
Action for Unpaid Wages and Overtime Compensation
United States District Court for the Eastern District of Pennsylvania

### On or before November 16, 2018, Complete, Sign, and Return To:

*Alvarez, et al. v. BI, Inc.* Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email: biflsalawsuit@administratorclassaction.com
Fax: (215) 525-0209

| Name: Alejandro Navarro | Email: |
|---|---|
| (Please Print) | |
| Address: | Phone No. 1 |
| | Phone No. 2 |

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b):

1. I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* as described in the Notice, in order to recover unpaid wages and overtime that I believe are owed to me.

2. I worked for BI, Incorporated ("BI") in (insert all state(s) where you worked as an ISAP Case Specialist) California _____ as an ISAP Case Specialist.

3. I agree to opt-in to this lawsuit and to be bound by any judgment of the Court or any settlement of this lawsuit.

4. I specifically authorize Plaintiffs and their attorneys, Berger Montague PC and Willig, Williams & Davidson, as my agents to prosecute this lawsuit on my behalf and, as appropriate, to negotiate a settlement of any and all claims I have against the Defendant in this lawsuit.

DocuSigned by:
*Alejandro Navarro*                                    9/17/2018
15DC9031E95F400...
(Signature)                                              (Date)

## OPT-IN CONSENT FORM

*Alvarez, et al. v. BI, Incorporated,* No. 2:16-cv-02705-MSG
Action for Unpaid Wages and Overtime Compensation
United States District Court for the Eastern District of Pennsylvania

### On or before November 16, 2018, Complete, Sign, and Return To:

*Alvarez, et al. v. BI, Inc.* Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email: biflsalawsuit@administratorclassaction.com
Fax: (215) 525-0209

| Name: Paul Pesantes | Email: |
|---|---|
| (Please Print) | |
| Address: | Phone No. 1 |
| | Phone No. 2 |

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b):

1.  I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* as described in the Notice, in order to recover unpaid wages and overtime that I believe are owed to me.

2.  I worked for BI, Incorporated ("BI") in (insert all state(s) where you worked as an ISAP Case Specialist) Immigration _____ as an ISAP Case Specialist.

3.  I agree to opt-in to this lawsuit and to be bound by any judgment of the Court or any settlement of this lawsuit.

4.  I specifically authorize Plaintiffs and their attorneys, Berger Montague PC and Willig, Williams & Davidson, as my agents to prosecute this lawsuit on my behalf and, as appropriate, to negotiate a settlement of any and all claims I have against the Defendant in this lawsuit.

DocuSigned by:

_____
8D5907D1083742E...
(Signature)

9/17/2018

_____
(Date)

## OPT-IN CONSENT FORM

*Alvarez, et al. v. BI, Incorporated,* No. 2:16-cv-02705-MSG
Action for Unpaid Wages and Overtime Compensation
United States District Court for the Eastern District of Pennsylvania

### On or before November 16, 2018, Complete, Sign, and Return To:

*Alvarez, et al. v. BI, Inc.* Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email: biflsalawsuit@administratorclassaction.com
Fax: (215) 525-0209

| Name: Brenda Renteria | Email: |
|---|---|
| (Please Print) | |
| Address: | Phone No. 1 |
| | Phone No. 2 |

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b):

1.      I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* as described in the Notice, in order to recover unpaid wages and overtime that I believe are owed to me.

2.      I worked for BI, Incorporated ("BI") in (insert all state(s) where you worked as an ISAP Case Specialist) Los Angeles, CA _____ as an ISAP Case Specialist.

3.      I agree to opt-in to this lawsuit and to be bound by any judgment of the Court or any settlement of this lawsuit.

4.      I specifically authorize Plaintiffs and their attorneys, Berger Montague PC and Willig, Williams & Davidson, as my agents to prosecute this lawsuit on my behalf and, as appropriate, to negotiate a settlement of any and all claims I have against the Defendant in this lawsuit.

DocuSigned by:

_____
8E70E1574229AEE...
(Signature)

9/17/2018

_____
(Date)

## OPT-IN CONSENT FORM

*Alvarez, et al. v. BI, Incorporated,* No. 2:16-cv-02705-MSG
Action for Unpaid Wages and Overtime Compensation
United States District Court for the Eastern District of Pennsylvania

### On or before November 16, 2018, Complete, Sign, and Return To:

*Alvarez, et al. v. BI, Inc.* Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email: biflsalawsuit@administratorclassaction.com
Fax: (215) 525-0209

| Name: Marilyn Rojas | Email: |
|---|---|
| (Please Print) | |
| Address: | Phone No. 1 |
| | Phone No. 2 |

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b):

1.      I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* as described in the Notice, in order to recover unpaid wages and overtime that I believe are owed to me.

2.      I worked for BI, Incorporated ("BI") in (insert all state(s) where you worked as an ISAP Case Specialist) New Jersey                    as an ISAP Case Specialist.

3.      I agree to opt-in to this lawsuit and to be bound by any judgment of the Court or any settlement of this lawsuit.

4.      I specifically authorize Plaintiffs and their attorneys, Berger Montague PC and Willig, Williams & Davidson, as my agents to prosecute this lawsuit on my behalf and, as appropriate, to negotiate a settlement of any and all claims I have against the Defendant in this lawsuit.

DocuSigned by:

*Marilyn Rojas*

3EE222E37B5541F...

(Signature)

9/17/2018

(Date)

## OPT-IN CONSENT FORM

*Alvarez, et al. v. BI, Incorporated,* No. 2:16-cv-02705-MSG
Action for Unpaid Wages and Overtime Compensation
United States District Court for the Eastern District of Pennsylvania

### On or before November 16, 2018, Complete, Sign, and Return To:

*Alvarez, et al. v. BI, Inc.* Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email: biflsalawsuit@administratorclassaction.com
Fax: (215) 525-0209

| Name: Estefany Saracay | Email: |
|---|---|
| (Please Print) | |
| Address: | Phone No. 1 |
| | Phone No. 2 |

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b):

1. I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* as described in the Notice, in order to recover unpaid wages and overtime that I believe are owed to me.

2. I worked for BI, Incorporated ("BI") in (insert all state(s) where you worked as an ISAP Case Specialist) Texas _____ as an ISAP Case Specialist.

3. I agree to opt-in to this lawsuit and to be bound by any judgment of the Court or any settlement of this lawsuit.

4. I specifically authorize Plaintiffs and their attorneys, Berger Montague PC and Willig, Williams & Davidson, as my agents to prosecute this lawsuit on my behalf and, as appropriate, to negotiate a settlement of any and all claims I have against the Defendant in this lawsuit.

DocuSigned by:

_____
7DF2173BC4FA493...
(Signature)

9/17/2018

_____
(Date)

## OPT-IN CONSENT FORM

*Alvarez, et al. v. BI, Incorporated,* No. 2:16-cv-02705-MSG
Action for Unpaid Wages and Overtime Compensation
United States District Court for the Eastern District of Pennsylvania

### On or before November 16, 2018, Complete, Sign, and Return To:

*Alvarez, et al. v. BI, Inc.* Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email: biflsalawsuit@administratorclassaction.com
Fax: (215) 525-0209

| Name: Adam Stant | Email: |
|---|---|
| (Please Print) | |
| Address: | Phone No. 1 |
| | Phone No. 2 |

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b):

1.     I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* as described in the Notice, in order to recover unpaid wages and overtime that I believe are owed to me.

2.     I worked for BI, Incorporated ("BI") in (insert all state(s) where you worked as an ISAP Case Specialist) Indiana, Michigan, Virginia as an ISAP Case Specialist.

3.     I agree to opt-in to this lawsuit and to be bound by any judgment of the Court or any settlement of this lawsuit.

4.     I specifically authorize Plaintiffs and their attorneys, Berger Montague PC and Willig, Williams & Davidson, as my agents to prosecute this lawsuit on my behalf and, as appropriate, to negotiate a settlement of any and all claims I have against the Defendant in this lawsuit.

DocuSigned by:
*Adam Stant*
14794F7405D243F...
(Signature)

9/18/2018

(Date)

## OPT-IN CONSENT FORM

*Alvarez, et al. v. BI, Incorporated,* No. 2:16-cv-02705-MSG
Action for Unpaid Wages and Overtime Compensation
United States District Court for the Eastern District of Pennsylvania

### On or before November 16, 2018, Complete, Sign, and Return To:

*Alvarez, et al. v. BI, Inc.* Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email: biflsalawsuit@administratorclassaction.com
Fax: (215) 525-0209

| Name: Patrick W Traynor | Email: |
|---|---|
| (Please Print) | |
| Address: | Phone No. 1 |
| | Phone No. 2 |

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b):

1.     I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* as described in the Notice, in order to recover unpaid wages and overtime that I believe are owed to me.

2.     I worked for BI, Incorporated ("BI") in (insert all state(s) where you worked as an ISAP Case Specialist) Texas _____ as an ISAP Case Specialist.

3.     I agree to opt-in to this lawsuit and to be bound by any judgment of the Court or any settlement of this lawsuit.

4.     I specifically authorize Plaintiffs and their attorneys, Berger Montague PC and Willig, Williams & Davidson, as my agents to prosecute this lawsuit on my behalf and, as appropriate, to negotiate a settlement of any and all claims I have against the Defendant in this lawsuit.

DocuSigned by:
*Patrick W Traynor*                                          9/18/2018
10D513DFEAA24DB...
(Signature)                                                          (Date)

**OPT-IN CONSENT FORM**

*Alvarez, et al. v. BI, Incorporated,* No. 2:16-cv-02705-MSG
Action for Unpaid Wages and Overtime Compensation
United States District Court for the Eastern District of Pennsylvania

**On or before November 16, 2018, Complete, Sign, and Return To:**

*Alvarez, et al. v. BI, Inc.* Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email: biflsalawsuit@administratorclassaction.com
Fax: (215) 525-0209

| Name: *Liliana Tschanett* | Email: |
|---|---|
| (Please Print) | |
| Address ████████ | Phone No. 1 ████████ |
| | Phone No. 2 |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b):**

1.    I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* as described in the Notice, in order to recover unpaid wages and overtime that I believe are owed to me.

2.    I worked for BI, Incorporated ("BI") in (insert all state(s) where you worked as an ISAP Case Specialist) *Georgia* as an ISAP Case Specialist.

3.    I agree to opt-in to this lawsuit and to be bound by any judgment of the Court or any settlement of this lawsuit.

4.    I specifically authorize Plaintiffs and their attorneys, Berger Montague P.C. and Willig, Williams & Davidson, as my agents to prosecute this lawsuit on my behalf and, as appropriate, to negotiate a settlement of any and all claims I have against the Defendant in this lawsuit.

_____          9-17-2018
(Signature)                                                          (Date)

## OPT-IN CONSENT FORM

*Alvarez, et al. v. BI, Incorporated,* No. 2:16-cv-02705-MSG
Action for Unpaid Wages and Overtime Compensation
United States District Court for the Eastern District of Pennsylvania

### On or before November 16, 2018, Complete, Sign, and Return To:

*Alvarez, et al. v. BI, Inc.* Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email: biflsalawsuit@administratorclassaction.com
Fax: (215) 525-0209

| Name: Jose Luis Valenzuela | Email: ███████████ |
|---|---|
| (Please Print) | |
| Address: ███████████ | Phone No. 1 ███████████ |
| | Phone No. 2 |

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b):

1.     I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* as described in the Notice, in order to recover unpaid wages and overtime that I believe are owed to me.

2.     I worked for BI, Incorporated ("BI") in (insert all state(s) where you worked as an ISAP Case Specialist) California  as an ISAP Case Specialist.

3.     I agree to opt-in to this lawsuit and to be bound by any judgment of the Court or any settlement of this lawsuit.

4.     I specifically authorize Plaintiffs and their attorneys, Berger Montague P.C. and Willig, Williams & Davidson, as my agents to prosecute this lawsuit on my behalf and, as appropriate, to negotiate a settlement of any and all claims I have against the Defendant in this lawsuit.

_____                    9/17/18
(Signature)                                              (Date)

## OPT-IN CONSENT FORM

*Alvarez, et al. v. BI, Incorporated,* No. 2:16-cv-02705-MSG
Action for Unpaid Wages and Overtime Compensation
United States District Court for the Eastern District of Pennsylvania

### On or before November 16, 2018, Complete, Sign, and Return To:

*Alvarez, et al. v. BI, Inc.* Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email: biflsalawsuit@administratorclassaction.com
Fax: (215) 525-0209

| Name: Maryann Zapata | Email: |
| (Please Print) | Phone No. 1 |
| | Phone No. 2 |

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b):

1. I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* as described in the Notice, in order to recover unpaid wages and overtime that I believe are owed to me.

2. I worked for BI, Incorporated ("BI") in (insert all state(s) where you worked as an ISAP Case Specialist) Maryland / NY(Wes)an ISAP Case Specialist.

3. I agree to opt-in to this lawsuit and to be bound by any judgment of the Court or any settlement of this lawsuit.

4. I specifically authorize Plaintiffs and their attorneys, Berger Montague P.C. and Willig, Williams & Davidson, as my agents to prosecute this lawsuit on my behalf and, as appropriate, to negotiate a settlement of any and all claims I have against the Defendant in this lawsuit.

Maryann Zapata                          9/18/18
(Signature)                                      (Date)

## OPT-IN CONSENT FORM

*Alvarez, et al. v. BI, Incorporated*, No. 2:16-cv-02705-MSG
Action for Unpaid Wages and Overtime Compensation
United States District Court for the Eastern District of Pennsylvania

### On or before November 16, 2018, Complete, Sign, and Return To:

*Alvarez, et al. v. BI, Inc.* Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email: biflsalawsuit@administratorclassaction.com
Fax: (215) 525-0209

| Name: Brian Dominguez<br>(Please Print) | |
|---|---|
| | Phone N ████<br><br>Phone No. 2 |

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b):

1.      I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* as described in the Notice, in order to recover unpaid wages and overtime that I believe are owed to me.

2.      I worked for BI, Incorporated ("BI") in (insert all state(s) where you worked as an ISAP Case Specialist) NY  and  NJ      as an ISAP Case Specialist.

3.      I agree to opt-in to this lawsuit and to be bound by any judgment of the Court or any settlement of this lawsuit.

4.      I specifically authorize Plaintiffs and their attorneys, Berger Montague P.C. and Willig, Williams & Davidson, as my agents to prosecute this lawsuit on my behalf and, as appropriate, to negotiate a settlement of any and all claims I have against the Defendant in this lawsuit.

_____
(Signature)

_____
(Date)  9/20/18