# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KAREL ALVAREZ & JUAN TELLADO,** *Individually and on behalf of all persons similarly situated*, **Plaintiffs,** v. **BI INCORPORATED,** **Defendant.** | CIVIL ACTION No. 16–2705 |

## ORDER

**AND NOW**, this 6th day of April, 2020, upon consideration of "Plaintiffs' Unopposed Motion for Approval of the Settlement Agreement and Attorneys' Fees and Costs" (ECF No. 87), it is hereby **ORDERED** that the motion is **DENIED without prejudice**. The parties may submit a revised settlement agreement, which addresses the issues identified in the accompanying Memorandum Opinion, **within 30 days from the date of this Order**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**